MOW 2016-1.2 (08/2020)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:   Shanna Marie Tait                    )
                                              )
         Debtor(s)                            )   Case No. 24-50241

### MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-2(E), attorney for debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

____X____     Defense of Motion(s) for Relief from the Automatic Stay - $350.00
              Date Response filed Mar 25, 2025

The services indicated above having been completed, additional compensation is hereby requested in the amount of $350.00, and expenses in the amount of $0.

I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.

/s/Errin P. Stowell
Errin P. Stowell MO #70499 KS #78742
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

### NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

### CERTIFICATE OF SERVICE

I, Errin P. Stowell, hereby certify that a true and correct copy of the forgoing Motion was served the same day of this filing, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid.
      Debtor(s)

/s/Errin P. Stowell MO #70499